UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21492-UU

REGINALDO BARAHONA,

    Plaintiff,

v.

BENGAL RESTAURANT LLC, *et al.*,

    Defendants.

_____/

## **ORDER**

THIS CAUSE is before the Court upon Magistrate Judge O'Sullivan's Order Approving Settlement Agreement and Recommending that the Case Be Dismissed with Prejudice. D.E. 25.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On June 22, 2020, the Honorable John J. O'Sullivan, United States Magistrate Judge, issued an order following the settlement conference in this case, which: (1) approved the parties' settlement agreement, including attorney's fees and costs, under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), pursuant to *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982); and (2) recommended that the undersigned dismiss this case with prejudice, while retaining jurisdiction until September 3, 2020 to enforce the terms of the settlement. D.E. 25.

The Court has made a review of the entire file and record herein and agrees with Magistrate Judge O'Sullivan's recommendation. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation (D.E. 25) is RATIFIED, AFFIRMED, and ADOPTED. It is further

ORDERED AND ADJUDGED that this case is HEREBY DISMISSED WITH PREJUDICE.  The Court shall retain jurisdiction until **September 3, 2020** to enforce the terms of the settlement.  It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case.  All future hearings are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this 7th_ day of July, 2020.

*/s/ Ursula Ungaro*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record